# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 32 WM 2015
:
               Respondent :
:
:
:
          v. :
:
:
:
STEVE EDWARD WILSON, :
:
               Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of July, 2015, the Petition for Leave to File Petition for Allowance of Appeal is **GRANTED**.  Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within fifteen days.